**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

| | |
|---|---|
| **DANIEL L. BEASLEY, GARY L. WILLIAMS, JESSICA JONES, TONY CARROLL, CATHERINE CARROLL, BARBARA TAYLOR, JERRY RIGGS, and CHRISTOPHER MESSMER**, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> **HAVCO WOOD PRODUCTS LLC** , <br><br> Defendant. | Case No. 1:25CV00157-SEP |

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION**
**FOR APPOINTMENT OF INTERIM CLASS COUNSEL**

Before the Court is Plaintiffs' Unopposed Motion for Appointment of Interim Class

Counsel.  *See* Doc. [36].  For good cause shown, the Motion is granted.  The

Court **ORDERS** the following:

1. Pursuant to Fed. R. Civ. P. 23(g), the Court hereby appoints Casondra Turner of Milberg,

   PLLC, Daniel Srourian of Srourian Law Firm, P.C., and Jeff Ostrow of Kopelowitz Ostrow

   P.A. as Interim Co-Lead Class Counsel to act on behalf of Plaintiffs and the class members

   in the above-captioned action, with the responsibilities set forth below:

   • Establish and maintain a depository for orders, pleadings, hearing transcripts, and all
     documents served upon Plaintiffs' counsel, and make such papers available to
     plaintiffs' counsel upon reasonable request;

1

- Coordinate the initiation and conduct of discovery on behalf of all Plaintiffs consistent with the requirements of the Federal Rules of Civil Procedure relating to discovery or any other subsequent order of this Court;

- Designate counsel to schedule depositions, set agendas and otherwise interact with defense counsel, various Plaintiffs' counsel, and the settlement master (if one is appointed);

- Determine and present (in briefs, oral argument, or such other fashion as may be appropriate, personally or by a designee) to the Court and opposing parties the position of Plaintiffs on all matters arising during pretrial proceedings;

- Conduct settlement negotiations on behalf of Plaintiffs, but not enter binding agreements except to the extent expressly authorized;

- Delegate specific tasks to other counsel in a matter to ensure that pretrial preparation for Plaintiffs is conducted effectively, efficiently, and economically;

- Enter into stipulations, with opposing counsel, necessary for the conduct of the litigation;

- Prepare and distribute periodic status reports to the parties;

- Maintain adequate time and disbursement records covering service of designated counsel and enforce guidelines approved by the Court as to the keeping of time records and expenses;

- Monitor the activities of co-counsel to ensure that schedules are met and unnecessary expenditures of time and funds are avoided;

- Perform such other duties as may be incidental to proper coordination of Plaintiffs' pretrial activities or authorized by further order of the Court; and

- Submit, if appropriate, suggestions for establishing additional committees and counsel for designation by the Court.

2. Any additional Plaintiffs' counsel will do all work in this litigation only at the direction of Interim Co-Lead Class Counsel. No motion, request for discovery, or other pretrial proceedings shall be initiated or filed by any Plaintiff except through Interim Co-Lead

2

Class Counsel and no other Plaintiffs' counsel or firm shall be authorized to perform any work in the case without the express authorization of Interim Co-Lead Class Counsel.

3. Interim Co-Lead Class Counsel shall have sole authority to communicate with Defendants' counsel and the Court on behalf of any Plaintiff unless that authority is expressly delegated to other counsel. Defendants' counsel may rely on all agreements made with Interim Co-Lead Class Counsel, and such agreements shall be binding on all other Plaintiffs' counsel.

4. Interim Co-Lead Class Counsel must serve a copy of this Order and all future orders promptly by overnight delivery service, facsimile, or other expeditious electronic means on counsel for the plaintiffs in any related action to the extent that Interim Co-Lead Class Counsel are aware of any such action(s) and on all attorneys for any plaintiffs whose cases may subsequently be consolidated with the above actions but who have not yet registered for ECF.

5. Gabrielle Williams of Siri & Glimstad LLP, Andrew Shamis of Shamis & Gentile PA, Grayson Wells of Stranch, Jennings, & Garvey, PLLC, and Sean Short of EKSM, LLP are hereby appointed to serve as members of the Executive Committee for the Proposed Class.

6. Maureen Brady of McShane & Brady, LLC is hereby appointed to serve as Liaison Counsel for the Proposed Class.

**IT IS SO ORDERED.**

Dated this 20th day of January, 2026.

_____
SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE

3