**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| **DANIEL L. BEASLEY, GARY L. WILLIAMS, JESSICA JONES, TONY CARROLL, CATHERINE CARROLL, BARBARA TAYLOR, JERRY RIGGS, and CHRISTOPHER MESSMER,** individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**HAVCO WOOD PRODUCTS, LLC,**<br><br>Defendant. | Case No. 1:25-cv-00157-SEP |

**MOTION TO REPLACE PLAINTIFF EXECUTIVE COMMITTEE MEMBER GABRIELLE M. WILLIAMS WITH KENNEDY M. BRIAN**

Plaintiffs Daniel L. Beasley, Gary L. Williams, Jessica Jones, Tony Carroll, Catherine Carroll, Barbara Taylor, Jerry Riggs, and Christopher Messmer (collectively, "Plaintiffs") respectfully submit this motion seeking an Order from the Court replacing Plaintiffs' Executive Committee Member, Gabrielle M. Williams of Siri & Glimstad LLP, with Kennedy M. Brian of Siri & Glimstad LLP.

On January 20, 2026, the Court granted Plaintiffs' Unopposed Motion for Appointment of Interim Class Counsel, which appointed Casondra Turner of Milberg, PLLC, Daniel Srourian of Srourian Law Firm, P.C., and Jeff Ostrow of Kopelowitz Ostrow P.A. as interim co-lead class counsel ("Interim Class Counsel"), and appointed Gabrielle Williams of Siri & Glimstad LLP,

Andrew Shamis of Shamis & Gentile PA,[1] Grayson Wells of Stranch, Jennings, & Garvey, PLLC, and Sean Short of EKSM, LLP as members of the Plaintiffs' Executive Committee ("PEC"). *See* ECF No. 44. Plaintiffs now respectfully request that the Court replace Ms. Williams with Ms. Brian as a member of the PEC. Ms. Williams supports this replacement as she is no longer employed with Siri & Glimstad LLP.

Ms. Brian meets all the standards set forth in Fed. R. Civ. P. 23(g)(1)(A)(i)–(iv) to be appointed. Ms. Brian is an experienced data privacy attorney with Siri & Glimstad LLP, a national class action law firm of more than 110 dedicated professionals that frequently serve as court-appointed class counsel in a wide range of class action and civil rights matters nationwide. Through their commitment and dedication, Siri & Glimstad LLP has secured millions of dollars of compensation for individuals across the United States. Ms. Brian's practice focuses on complex civil litigation and consumer class actions, with an emphasis on data privacy.

Ms. Brian has successfully worked on and/or led hundreds of data privacy cases in federal courts, state courts, and multidistrict litigation ("MDL") throughout the United States. *See, e.g.*, *In re Cognizant Technology Solutions Corporation and TriZetto Provider Solutions, LLC Data Security Litig.*, No. 4:26-md-3185 (E.D. Mo.) (appointed to the Plaintiffs' Executive Committee in a data privacy MDL involving millions of potential class members); *In re Abri Credit Union Data Security Litig.*, No. 2026CH000004 (Ill. Cir. Ct. Will Cty.) (interim co-lead class counsel); *In re Southern Illinois Dermatology, P.C.*, No. 2026LA13 (Ill. Cir. Ct. Williamson Cty.) (interim co-lead class counsel); *In re Microf Data Security Litig.*, No. 1:25-cv-07434 (N.D. Ga.) (interim co-lead class counsel); *In re Aligned Orthopedic Partners Data Security Litig.*, No. 8:26-cv-01607 (D. Md.) (interim co-lead class counsel); *In re: Lewis Drug, Inc. Data Breach Litig.*, No. 4:26-cv-

[1] Andrew J. Shamis withdrew from this matter. *See* ECF No. 48 and ECF No. 49.

4051 (D.S.D.) (interim co-lead class counsel); *In re: Change Healthcare, Inc. Customer Data Security Breach Litig.*, No. 0:24-md-03108 (D. Minn.) (served as a member of the Patient Track Plaintiff Steering Committee in a data privacy MDL involving millions of individuals until departing Federman & Sherwood).

Ms. Brian is also recognized as a knowledgeable practitioner in the data privacy litigation field. She served as a co-panelist at the HarrisMartin Data Breach Litigation Conference in Nashville, Tennessee in September 2024, where she presented on Article III standing in data privacy cases to an audience of seasoned litigators. In July 2025, Ms. Brian was a co-presenter for the Consumer Privacy/Data Breach Litigation Group CLE at the American Association for Justice ("AAJ") 2025 Annual Convention, presenting on class certification orders in data privacy matters. In May 2026, Ms. Brian was a co-panelist at the HarrisMartin Data Breach Litigation Conference in Milwaukee, Wisconsin where she co-presented on hub and spoke data breach cases. She also spoke on a panel at a Class of Our Own Women's Summit about advancing women's leadership in class action cases. In July 2026, Ms. Brian also co-presented at AAJ's 2026 Annual Convention on data privacy and e-discovery issues. Additionally, Ms. Brian currently serves as the Vice Chair of the Consumer Privacy/Data Breach Litigation Group of AAJ.

In addition to possessing the necessary skill, experience, and knowledge, Ms. Brian is prepared to zealously litigate this action on behalf of the class, and Siri & Glimstad has the financial resources required to do so. As a prominent class action firm, Siri & Glimstad has funded litigation expenses in numerous matters and maintains the staff and financial capacity to fully support this case. Further information about Ms. Brian and Siri & Glimstad is set forth in the firm résumé attached hereto as **Exhibit 1.**

Considering Ms. Brian's experience and Ms. Williams's departure from Siri & Glimstad LLP, Plaintiffs respectfully request the Court grant this Motion to replace Ms. Williams with Ms. Brian as a member of the PEC.

WHEREFORE, Plaintiffs respectfully request this Court grant this Motion and replace Ms. Williams with Ms. Brian as a member of the PEC.

DATED: September 22, 2026

Respectfully submitted,

*/s/: Maureen M. Brady*

Maureen M. Brady MO #57800
**MCSHANE & BRADY, LLC**
4006 Central Street
Kansas City, MO 64111
Phone: (816) 888-8010
Fax: (816) 332-6295
E-mail: mbrady@mcshanebradylaw.com

***Liaison Counsel for Plaintiffs***

Casondra Turner (*pro hac vice*)
**MILBERG, PLLC**
260 Peachtree Street NW, Suite 2200
Atlanta, GA 30303
Telephone: (866) 252-0878
Fax: (771) 772-3086
Email: cturner@milberg.com

Daniel Srourian, Esq. (*pro hac vice*)
**SROURIAN LAW FIRM, P.C.**
468 N. Camden Dr. Suite 200 Beverly Hills, CA 90210 Telephone: (213) 474-3800
Facsimile: (213) 471-4160 Email: daniel@slfla.com

Jeff Ostrow (*pro hac vice*)
**KOPELOWITZ OSTROW P.A.**
1 W Las Olas Blvd, Suite 500 Ft. Lauderdale, FL 33301 Tel: (954) 525-4100
Email: ostrow@kolawyers.com

***Interim Co-Lead Class Counsel***

Grayson Wells #73068 (MO)
**STRANCH, JENNINGS & GARVEY, PLLC**
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Tel: (615) 254-8801
gwells@stranchlaw.com

Sean Short*
Arkansas Bar No. 2015079
service@eksm.com
**EKSM, LLP**
4200 Montrose Blvd., Suite 200
Houston, Texas 77006
Phone: (888) 350-3931
Fax: (888) 276-3455

***Plaintiffs' Executive Committee Members***

Kennedy M. Brian (*pro hac vice*)
**SIRI & GLIMSTAD LLP**
101 Park Avenue
Suite 1300, #16982799
Oklahoma City, OK 73102
Ph: 929-376-5170
Email: kbrian@sirillp.com

**Pro hac vice* application forthcoming

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 22, 2026, the foregoing was filed electronically with the Clerk of Court using the CM/ECF System and was thereby served on all counsel of record.

*/s/ Maureen M. Brady*
Maureen M. Brady